**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

THE UNITED STATES OF AMERICA

VS.                                        CAUSE NO.: SA-18-CR-13

PAUL CASEY WHIPPLE

FILED
NOV 7 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT;

    Now comes, PAUL CASEY WHIPPLE, Defendant in the above referenced cause and does hereby request the Court to take NOTICE OF APPEAL in this matter to the UNITED STATES COURT OF APPEALS for the 5th Circuit from a JUDGMENT OF INCARCERATION entered on the 23rd day of October, 2024.

Respectfully submitted,

_____
PAUL CASEY WHIPPLE
Defendant

    Signed before me, a Notary Public, on this day personally appeared PAUL CASEY WHIPPLE known to me (or proved to on oath or on the basis of satisfactory evidence of identification) to be the person whose name is subscribed above and acknowledge to me that he/she executed the same for the purposes and consideration therein expressed.

_____
Notarial Officer's **Signature**

_Miranda Cano_
Notarial Officer's **Printed Name**

My Commission Expires:
4-14-2027

MIRANDA CANO
Notary Public, State of Texas
Comm. Expires 04-14-2027
Notary ID 134308346

## CERTIFICATE OF SERVICE

I, _____PAUL CASEY WHIPPLE_____ hereby certify that on the ___4th___ day of ___November___ a true and correct copy of the above and foregoing NOTICE has been mailed to:

Honorable Judge Xavier Rodriguez
262 W. Nueva St; Courtroom H
San Antonio, TX 78207

Office of the United States Attorney
Western District of Texas
601 N.W. Loop 410; Ste. 600
San Antonio, TX 78219

The United States District Clerk
Western District of Texas
262 W. Nueva St; Room 1-400
San Antonio, TX 78207

Attested to by the Defendant:

_____
PAUL CASEY WHIPPLE
Defendant

Signed before me, a Notary Public, on this day personally appeared PAUL CASEY WHIPPLE known to me (or proved to on oath or on the basis of satisfactory evidence of identification) to be the person whose name is subscribed above and acknowledge to me that he/she executed the same for the purposes and consideration therein expressed.

_____
Notarial Officer's **Signature**

_Miranda Cano_
Notarial Officer's **Printed Name**

My Commission Expires:
_4-14-2027_

MIRANDA CANO
Notary Public, State of Texas
Comm. Expires 04-14-2027
Notary ID 134308346

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

THE UNITED STATES OF AMERICA

VS.                                                    CAUSE NO.: SA-18-CR-13

PAUL CASEY WHIPPLE

ORDER

ON THIS THE _____ DAY OF _____, 20____, CAME TO BE HEARD DEFENDANT'S NOTICE OF APPEAL AND SAID NOTICE IS HEREBY TAKEN:

(_____) GRANTED            (_____) DENIED

SIGNED THIS THE _____ DAY OF _____, 20____;

_____
JUDGE PRESIDING

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

THE UNITED STATES OF AMERICA

VS.                                          CAUSE NO.: SA-18-CR-13

PAUL CASEY WHIPPLE

## DECLARATION OF INMATE FILING

TO THE HONORABLE JUDGE OF SAID COURT;

Now comes, PAUL CASEY WHIPPLE, Defendant in the above referenced cause and does hereby request the Court to take Notice of DECLARATION OF INMATE FILING in this matter.

I am an inmate in the Karnes County Detention Facility. Today, the 4th day of November, I am depositing in the institution's internal mailing system, FIRST CLASS MAIL postage affixed hereto, the Defendant's NOTICE OF APPEAL.

Declared this the 28th day of October, 2024.

Respectfully submitted,

_____
PAUL CASEY WHIPPLE
Defendant

Signed before me, a Notary Public, on this day personally appeared PAUL CASEY WHIPPLE known to me (or proved to on oath or on the basis of satisfactory evidence of identification) to be the person whose name is subscribed above and acknowledge to me that he/she executed the same for the purposes and consideration therein expressed.

_____
Notarial Officer's **Signature**

Miranda Cano
Notarial Officer's **Printed Name**

My Commission Expires:
4-14-2027

MIRANDA CANO
Notary Public, State of Texas
Comm. Expires 04-14-2027
Notary ID 134308346

Mailed from LCDF SDP 12370
Socorro Recehares TX 78118
Return to: Pavlick, Wade
2520 G. Hampton Ave
Mesa, AZ 85204

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
5 NOV 2024 PM 3 L

Honorable Judge Xe Rodriguez
262 W. Nueva St, Courtroom H
San Antonio, TX 78207

78207-452999

Legal Mail